IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | 1:24-cr-352-12 |
| CARMEN VALENZUELA | : | |

**ORDER**

    This matter is before the court for review of the Order and Recommendation ("Recommendation") for detention filed on January 28, 2025, by the United States Magistrate Judge. (Doc. 312.) The Recommendation was electronically served via CM/ECF on the parties to this action on January 28, 2025. No objections were filed within the time limits prescribed by Section 636.

    Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

    **IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 312), is **ADOPTED. IT IS FURTHER ORDERED** that the motion for detention by the United States is **GRANTED** and Defendant shall be detained pending disposition of the instant charges under 18 U.S.C. § 3142(e)(1).

    **IT IS FURTHER ORDERED** that Defendant is committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons

awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.

**IT IS FURTHER ORDERED** that upon order of a United States court or on request of an attorney for the Government, the person in charge of the corrections facility is directed to deliver Defendant to the United States Marshals Service for the purpose of an appearance in connection with a court proceeding.

This the 13th day of February, 2025.

_____
United States District Judge

- 2 -

Case 1:24-cr-00352-UA    Document 363    Filed 02/13/25    Page 2 of 2